UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA TAPIA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**JURUPA UNIFIED SCHOOL DISTRICT**, et al.<br><br>Defendants. | Case No.: 5:23-cv-00789-FMO-E<br><br>**ORDER REGARDING STIPULATION [20] TO CONTINUE SCHEDULING CONFERENCE** |

The Court, having reviewed the parties' stipulation regarding a continuance of the Scheduling Conference in this matter, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Scheduling Conference currently set for August 31, 2023 is continued to September 21, 2023 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Joint Rule 26(f) Report that is due August 17, 2023 be extended to August 24, 2023.

No further extensions will be granted.

Dated: August 1, 2023                   _____/s/_____
                                         Judge Hon. Fernando M. Olguin