ADVOCATES FOR FAITH & FREEDOM
Mariah R. Gondeiro (SBN 323683)
mgondeiro@faith-freedom.com
Julianne Fleischer (SBN 337006)
jfleischer@faith-freedom.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 304-7583

Attorneys for Plaintiff **Jessica Tapia**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA TAPIA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**JURUPA UNIFIED SCHOOL DISTRICT**; **TRENTON HANSEN**, both in his personal capacity and in his official capacity as the Jurupa Unified School District Superintendent; **DANIEL BROOKS**, both in his personal capacity and in his official capacity as Jurupa Unified School District Assistant Superintendent;<br><br>Defendants. | Case No.: 5:23-cv-00789-FMO-E<br><br>**PLAINTIFF'S NOTICE OF RECENT DECISION IN SUPPORT OF HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

The Plaintiff gives notice of a recent, related decision from the United States District Court, Southern District of California, *Elizabeth Mirabelli, an individual, & Lori Ann West, an individual, Plaintiffs, v. Mark Olson, in his official capacity as President of the EUSD Bd. of Educ., et al., Defendants.*, 2023 WL 5976992, at *1

(S.D. Cal. Sept. 14, 2023) [Mirabelli], which was issued after the briefing on the Defendants' Motion to Dismiss. *See* ECF Nos. 25, 28-30. The Plaintiff respectfully informs the Court of this case as it may have some bearing on this Court's analysis concerning the Defendants' Motion to Dismiss.

The *Mirabelli* case dealt with two public school teachers' constitutional challenges to Escondido Union School District's ("EUSD") policy that required "school-wide recognition" of a student's expressed gender identity and required teachers to lie to parents about a student's gender identity. *Mirabelli*, 2023 WL 5976992, at *1. This policy mirrors aspects of the directives the Defendants issued against the Plaintiff in the instant Action. *See* ECF No. 22, FAC, ¶¶ 5 ("The directives required Ms. Tapia lie to parents about their children's gender identity, refer to students by their preferred pronouns . . . ."). Of note, the court in *Mirabelli* granted the plaintiff teachers' preliminary injunction, thereby enjoining the EUSD policy. *Mirabelli*, 2023 WL 5976992, at *18. The court also denied the EUSD defendants' and the State-level defendants' motion to dismiss, rejecting their failure to state a claim argument and their Eleventh Amendment and qualified immunity defenses. *Id.* at *17, *19.

Because the Defendants in the instant Action primarily rely on immunity defenses in their Motion to Dismiss and because the *Mirabelli* court rejected similar arguments related to immunity, the Plaintiff respectfully asks that this Court consider the *Mirabelli* court's decision.

Respectfully Submitted,

Dated: September 19, 2023

ADVOCATES FOR FAITH & FREEDOM

*Julianne Fleischer*

Julianne Fleischer
Attorneys for Plaintiff, Jessica Tapia

2

PLAINTIFF'S NOTICE OF RECENT DECISION IN SUPPORT OF HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS