1  ADVOCATES FOR FAITH & FREEDOM
   Julianne Fleischer (SBN 337006)
2  jfleischer@faith-freedom.com
3  25026 Las Brisas Road
   Murrieta, California 92562
4  Telephone:  (951) 304-7583

5  Attorneys for Plaintiff **Jessica Tapia**

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10  **JESSICA TAPIA**, an individual;          Case No.:  5:23-cv-00789-FMO-E

11          Plaintiff,

12      v.                                      **NOTICE OF SETTLEMENT**

13  **JURUPA UNIFIED SCHOOL
14  DISTRICT**; **TRENTON HANSEN**,
    both in his personal capacity and in his
15  official capacity as the Jurupa Unified
    School District Superintendent;
16  **DANIEL BROOKS**, both in his
17  personal capacity and in his official
18  capacity as Jurupa Unified School
    District Assistant Superintendent;
19

20          Defendants.

21

22

23      Plaintiff, JESSICA TAPIA and Defendants, JURUPA UNIFIED SCHOOL

24  DISTRICT; TRENTON HANSEN and DANIEL BROOSK have reached a

25  settlement in this matter that resolves all issues between them.

26      The parties intend to file a stipulation for dismissal with prejudice of the action

27  within fifty (50) days.

28



---

1

NOTICE OF SETTLMENT

Respectfully submitted,

Dated: June 11, 2024                    ADVOCATES FOR FAITH & FREEDOM

By:   /s/ Julianne Fleischer
        Julianne Fleischer, Esq.
        Attorneys for Plaintiff **Jessica Tapia**

Dated: June 11, 2024                    WALSH & ASSOCIATES, APC

  /s/ Dennis Walsh
Dennis Walsh
Attorneys for Defendants, **Jurupa Unified
School District, Trenton Hansen and
Daniel Brooks**

2

NOTICE OF SETTLMENT